

168 So.2d 822

**Mrs. Eva H. MYERS, wife of/and Caley T. Myers and State Farm Mutual Automobile Insurance Company,**

v.

**CAROLINA CASUALTY COMPANY.**

No. 47530.

Dec. 1, 1964.

In re: Mrs. Eva H. Myers, wife of/and Caley T. Myers and State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 167 So.2d 473.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

168 So.2d 822

**Henry STEADMAN, Jr.**

v.

**PEARL ASSURANCE COMPANY, Limited.**

No. 47533.

Dec. 1, 1964.

In re: Henry Steadman, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 527.

The application is denied. There is no error of law in the judgment complained of.

168 So.2d 822

**Henry STEADMAN, Jr.**

v.

**PEARL ASSURANCE COMPANY, Limited.**

No. 47534.

Dec. 1, 1964.

In re: Pearl Assurance Company, Limited, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 527.

The application is denied. The judgment complained of is correct.

168 So.2d 822

**Victor D. CARLOCK**

v.

**Elwood J. GROSS, d/b/a Cotton Construction Company, and United States Casualty Company.**

No. 47535.

Dec. 1, 1964.

In re: Elwood J. Gross and United States Casualty Company applying for certiorari,